WILLIAM H. SCOTT, as Executor, etc., Respondent, *v.* THE METROPOLITAN ELEVATED RAILWAY COMPANY et al., Appellants.

(Argued October 26, 1893; decided November 28, 1893.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made December 7, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Arthur O. Townsend* for appellants.

*L. H. Arnold, Jr.,* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

MORTIMER MANSFIELD, Respondent, *v.* WILHELMINA RAAB et al., as Executors, etc., Appellants.

(Argued October 26, 1893; decided November 28, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 12, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*L. Laflin Kellogg* for appellants.

*Charles De Kay Townsend* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.